**Motion Granted; Dismissed and Memorandum Opinion filed April 23, 2013.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-13-00295-CV

### IN THE MATTER OF C.R., A JUVENILE

**On Appeal from the 272nd District Court**
**Brazos County, Texas**
**Trial Court Cause No. 152-J-2011**

## M E M O R A N D U M    O P I N I O N

This is an appeal from an order modifying a juvenile disposition and placing the juvenile in a residential treatment center, which was signed February 15, 2013. On April 15, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. According to the motion, the juvenile has been released from juvenile detention and returned to his mother's custody. Accordingly, the issues in the appeal have been rendered moot. We grant the motion.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.